IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ROBERT WHATLEY                                                              PLAINTIFF

v.                              No. 4:14-cv-722-DPM

WRIGHT MEDICAL GROUP, INC. and
WRIGHT MEDICAL TECHNOLOGY, INC.                                     DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 August 2017